UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-M-1018

FILED

JAN -6 2011

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
CODY AARON NORRIS )
)

The Government's motion is hereby granted. The case is dismissed.

1-6-2011
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE